**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRUCE WRIGHT,

    Plaintiff,

vs.     CASE NO 8:13-cv-2784-T-17AEP

CITY OF ST. PETERSBURG,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE TIME**
**TO RESPOND TO PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER**

Defendant, City of St. Petersburg, by and through its undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b), hereby moves this Court to extend the time to respond to Plaintiff's Objection to Magistrate's Order:

1. Pursuant to Federal Rule of Civil Procedure 6(b), good cause exists to extend the time for Defendant, City of St Petersburg, to respond to Plaintiff's Objection to Magistrate's Order filed on December 13, 2017.

2. Due to illness of counsel for Defendant the undersigned requests this Court to extend the time to respond to Plaintiff's Objection to Magistrate's Order.

3. Counsel for Plaintiff, Jodi Siegel, was contacted regarding this motion and she has no objections. Co-counsel, Richard A. Gilbert, is on vacation and thus not consulted.

4. This Motion is filed in good faith and not for the purposes of delay.

5. Granting this motion will not prejudice any of the parties to this action.

1

WHEREFORE, Defendant respectfully requests this Court to extend the time to respond to Plaintiff's Objection to Magistrate's Order to January 10, 2018.

Respectfully submitted,

/s/ Kenneth MacCollom (for)
By:  JOSEPH P. PATNER
Executive Assistant City Attorney
P.O. Box 2842
St. Petersburg, FL  33731
(727) 893-7401
FBN 831557/SPN: 01798453
eservice@stpete.org
joseph.patner@stpete.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed and served via CM/ECF to Kirsten Anderson, Esquire, Jodi Siegel, Esquire, Southern Legal Counsel, Inc., 1229 N.W. 12th Avenue, Gainesville, FL 32601, Kirsten.clanton@southernlegal.org; jodi.siegel@southernlegal.org and Richard A. Gilbert, Esquire, de la Parte & Gilbert, P.A., 101 E. Kennedy Blvd., Suite 2000, Tampa, FL  33602, Primary email: rgilbert@dgfirm.com, Secondary: serviceclerk@dgfirm.com, this 27th day of December, 2017.

OFFICE OF THE CITY ATTORNEY
FOR THE CITY OF ST. PETERSBURG

/s/ Kenneth MacCollom (for)
By:   JOSEPH P. PATNER
Executive Assistant City Attorney
P.O. Box 2842
St. Petersburg, FL  33731
(727) 893-7401
FBN 831557/SPN: 01798453
eservice@stpete.org
joseph.patner@stpete.org